**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.                                                                                         **CASE NO: 6:22-mj-2242-LHP**

**HOWARD B. ADAMS**

## ORDER OF TEMPORARY DETENTION

The continuation of the initial appearance in this case is scheduled as follows:

| **Place:** | George C. Young United States Courthouse and Federal Building. 401 W Central Boulevard Orlando, Florida | **Courtroom:** | 5D |
|---|---|---|---|
| | | **Date and Time:** | December 2, 2022, at 10:00 A.M. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: November 30, 2022

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE