# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                           **CASE NO: 6:22-mj-2242-LHP**

**HOWARD B. ADAMS**

AUSA: Terry Livanos

Defense Attorney: Todd Doss, Federal Public Defender

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **December 2, 2022**<br>10:12-10:41<br>11:17-11:30 |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | 42 minutes |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

### CLERK'S MINUTES
### CONTINUATION OF INITIAL APPEARANCE (RULE 40)/FARETTA HEARING/DETENTION HEARING

Case called; appearances taken; procedural setting by the Court.
Court advised the Defendant of his rights.
Court inquired of the Defendant regarding competency.
Parties advised of the requirement pursuant to the Due Process Protections Act.
Defendant made an oral motion to withdraw the Federal Public Defender.
Court inquired of the Defendant.
Court denied the motion.
Government exhibits entered.
Counsel for the Government proffered to the Court.
Counsel for the Defendant made an argument.
Court granted the motion for detention.
Order of Detention, Removal and Commitment entered.