AO 442 (Rev. 01/09) Arrest Warrant

**GOVERNMENT EXHIBIT**

United District Court
Middle District of Florida
ORLANDO Division

Exhibit No.: 2

Case No.: 6:22-mj-02242-LHP

UNITED STATES OF AMERICA

vs.

HOWARD B. ADAMS

Date Identified: 12-2-22
Date Admitted: 12-2-22

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| HOWARD B. ADAMS | ) | Case No. 21CR358- |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* HOWARD B. ADAMS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

Failure to appear for scheduled court proceedings on November 10, 2022, and November 17, 2022.

Date: 11/17/2022

*Beryl A. Howell*
*Issuing officer's signature*

City and state: _____

Beryl A. Howell, Chief U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/30/22, and the person was arrested on *(date)* 11/30/22
at *(city and state)* Daytona, FL.

Date: 11/30/22

*S. Pittman*
*Arresting officer's signature*

S. Pittman CIDUSM
*Printed name and title*

CJA-23
(Rev 3 21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER (Specify Below)
IN THE CASE OF
|FOR
V.
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Howard Adams

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge

District Court
M/FL-Orlando
Court of Appeals

CHARGE/OFFENSE (Describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

Case #

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Do you have a job? ☒ Yes ☐ No
IF YES, how much do you earn per month? __2500__
Will you still have a job after this arrest? ☐ Yes ☐ No ☒ Unknown

**INCOME & ASSETS**

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck Vehicle | $ | |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ 35,000 | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☐ Yes ☒ No
IF YES, give the total approximate amount after monthly expenses $___

How many people do you financially support? 2

**OBLIGATIONS, EXPENSES, & DEBTS**

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 800 | $ |
| Groceries | $ | $ |
| Medical expenses | $ | $ |
| Utilities | $ 400 | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

__Defendant stated he did not want to sign__
SIGNATURE OF DEFENDANT        Date
(OR PERSON SEEKING REPRESENTATION)