U.S. District Court
Middle District of Florida
ORLANDO Division

GOVERNMENT EXHIBIT

Exhibit No.: 4

Case No.: 6:22-mj-02242-LHP

UNITED STATES OF AMERICA

vs.

HOWARD B. ADAMS

Date Identified: 12-2-22
Date Admitted: 12-2-22

Leave to file GRANTED

Nov. 14, 2022

Hov
"a
su

Inh

November 11, 2022

**NOTICE**

UNITED STATES DISTRICT COURT for the DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, INC. v. HOWARD B. ADAMS
case no.: 1:21-cr-00358-BAH

Title:
REJECTION OF OFFER TO CONTRACT

copy:
Angela D. Caesar, Clerk of the Court
Beryl B. Howell, Chief Judge
Michael Liebman, Assistant District Attorney



Howard Berton Adams, Jr. <bosdad@gmail.com>

## FW: Activity in Case 1:21-cr-00358-BAH USA v. ADAMS Motion Hearing

1 message

**Liebman, Michael (USADC)** <Michael.Liebman@usdoj.gov> Thu, Nov 10, 2022 at 2:53 PM
To: "Howard Berton Adams, Jr." <bosdad@gmail.com>
Cc: "charles@charleshaskell.com" <charles@charleshaskell.com>, "Brian A. Cantrell" <Brian@berepresented.com>, "Jeremy J. Buckmaster" <Jeremy@berepresented.com>

Greetings, Mr. Adams.

Please read below carefully, especially the yellow-highlighted portions. Chief Judge Howell expected you to have been physically present in her courtroom earlier today, when the case was called, and you were not there. If you do not appear next week, on Th., 11/17, at 11 a.m., in person, a warrant might be issued for your arrest and you may face new criminal charges. The courthouse address is 333 Constitution Avenue, N.W., Washington, D.C.

Mike

Michael Liebman

Assistant U.S. Attorney

Patrick Henry Building

601 D St. NW, rm. 4-1501

Washington, D.C. 20530

(202) 252-7243 (landline but forwards automatically to cell no.; no texts)

NOTICE FOR THE RECORD

Date Received: 10th day of November in the year of our Lord Two Thousand and Twenty Two

I, by affidavit am a declared living American Sovereign and in accord with Treaty Law of God, do **"REJECT YOUR OFFER TO CONTRACT"** to attend your **"private bar guild matter"** for the following:

1) **I require** that you cite the law and where I am compelled to attend your private bar guild matter. If this is not a private bar guild matter then **provide proof of jurisdiction on the land of Florida** (not the State of Florida). Otherwise your invitation is **"REJECTED"**.

2) You have falsely accused me of being a Citizen of the UNITED STATES of AMERICA, Inc. **I require proof, from you, that I am a Citizen of the UNITED STATES of AMERICA.**

3) **You are a "Court of Admiralty"** and it appears that you are bringing UNITED STATES Corporate Law with color **outside your jurisdiction on the land of Florida.**

4) You are trespassing and criminally attempting to convert corporate statutes with color into law with criminal codes without chartered regulatory and delegated jurisdictional authority. **I require that you provide proof that you are registered or chartered for conducting business on Florida by my republic state.**

All of which is submitted under penalty of perjury to 28 U.S.C. 1746(1) without the UNITED STATES.

Dated this 11th day of November in the year of our Lord Two Thousand and Twenty Two.

By: Howard Berton Adams

By: Howard Berton Adams© sui juris
"a son of the Most High God" sovereign living man
Inhabitant of the land of Florida

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Thursday, November 10, 2022 1:54 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:21-cr-00358-BAH USA v. ADAMS Motion Hearing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 11/10/2022 at 1:49:52 PM EDT and filed on 11/10/2022

**Case Name:** USA v. ADAMS

**Case Number:** 1:21-cr-00358-BAH

**Filer:**

**Document Number:**

Docket Text:

**Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Motions Hearing as to HOWARD B. ADAMS held on 11/10/2022, re [33] Unopposed MOTION to Withdraw as Attorney by Jeremy J. Buckmaster and [34] MOTION to Dismiss Case filed by HOWARD B. ADAMS. The Defendant failed to appear; Motions Hearing continued to 11/17/2022, at 11:00 AM in Courtroom 22A- In Person before Chief Judge Beryl A. Howell; parties DIRECTED to inform the Defendant of the new hearing date and the consequences should he fail to appear. Time excluded under the Speedy Trial Act from 11/10/2022 through 11/17/2022, in the interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial. Bond Status of Defendant: Personal Recognizance; Present: Defense Attorneys: Brian A. Cantrell, Jeremy J. Buckmaster, and Charles R. Haskell; US Attorney: Michael C. Liebman. Court Reporter: Elizabeth Saint-Loth. (ztg) Modified to add speedy trial exclusion on 11/10/2022 (ztg).**

**1:21-cr-00358-BAH-1 Notice has been electronically mailed to:**

Michael Charles Liebman michael.liebman@usdoj.gov

Charles R. Haskell charles@charleshaskell.com

Jeremy J. Buckmaster eservice@buckmasterellzey.com, Brian@Buckmasterellzey.com, Jeremy@BuckmasterEllzey.com, Laney@Buckmasterellzey.com, nichole@buckmasterellzey.com

Brian Adam Cantrell eservice@buckmasterellzey.com, Brian@Buckmasterellzey.com, laney@buckmasterellzey.com, nichole@buckmasterellzey.com

**1:21-cr-00358-BAH-1 Notice will be delivered by other means to::**

HOWARD B. ADAMS

The following document(s) are associated with this transaction:

*This is a re-generated NEF. Created on 11/10/2022 at 1:53 PM EDT*

NOTICE FOR THE RECORD

By: Howard Beron Adams© sui juris

FOR CLARIFICATION ONLY

NOTICE FOR THE RECORD

Date Received: 10th day of November in the year of our Lord Two Thousand and Twenty Two

I, by affidavit am a declared living American Sovereign standing with Treaty Law of God, do **"REJECT YOUR OFFER TO CONTRACT"** to attend your **"private bar guild matter"** for the following.

1) **I require** that you cite the law and where I am compelled to attend your private bar guild matter. If this is not a private bar guild matter then **provide proof of jurisdiction on the land of Florida** (not the State of Florida). Otherwise your invitation is **"REJECTED"**.

2) You have falsely accused me of being a Citizen of the UNITED STATES of AMERICA, Inc. **I require proof, from you, that I am a Citizen of the UNITED STATES of AMERICA, Inc.**

3) **You are a "Court of Admiralty"** and it appears that you are bringing UNITED STATES Corporate Law with color **outside your jurisdiction on the land of Florida.**

4) You are trespassing and criminally attempting to convert corporate statutes with color into lawful criminal codes without chartered regulatory and delegated jurisdictional authority. **I require that you provide proof that you are registered or chartered for conducting business on Florida by my republic state.**

All of which is submitted under penalty of perjury to 28 U.S.C. 1746(1) without the UNITED STATES.

Dated this 11th day of November in the year of our Lord Two Thousand and Twenty Two.

By: Howard Berton Adams© sui juris
"a son of the Most High God" sovereign living man
Inhabitant of the land of Florida

FOR CLARIFICATION ONLY