UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 6:22-mj-2242-LHP

HOWARD B. ADAMS

## ORDER OF DETENTION

### FINDINGS

On March 18, 2021, United States Magistrate Judge Zia M. Faruqui issued an Order Setting Conditions of Release for Defendant Howard Berton Adams in the United States District Court for the District of Columbia, Case No. 1:21-cr-358-BAH (Doc. No. 18). One of the conditions is that the Defendant must appear in court as required. *Id.*

On November 17, 2022, United States District Judge Beryl A. Howell, Chief Judge for the District of Columbia, issued an arrest warrant for Defendant, based on his failure to appear at two previously scheduled court proceedings. *See* Case No. 6:22-mj-2242-LHP (Doc. No. 1). Defendant was thereafter arrested on November 30, 2022, and brought before me for proceedings under Federal Rule of Criminal Procedure 40. *Id.* (Doc. Nos. 2, 8). At the continuation of those proceedings held today, December 2, 2022, a hearing was held to determine whether the conditions of release would be modified. *Id.* (Doc. No. 8); *see also* Fed. R. Crim. P. 40(c).

Based on the evidence and argument presented by counsel on the record at the hearing, including an analysis of the factors set forth in 18 U.S.C. § 3142(g), I found that Defendant posed a high risk of failure to appear in court as required, and that no condition or combination of conditions of release will reasonably assure the appearance of the defendant as required. Accordingly,

Defendant Howard B. Adams is ordered DETAINED and REMANDED to the custody of the United States Marshals for transport to the District of Columbia.

**DIRECTIONS REGARDING DETENTION**

    Howard B. Adams is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Howard B. Adams shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   December 2, 2022

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE